UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

_____

LEONARDI MANUFACTURING CO., INC.,

Plaintiff,

v.                                          Civil Action No. 5:09-cv-01367-NPM-DEP

JARDEN CORPORATION AND
JARDEN APPLIED MATERIALS,

Defendant.

_____


### NOTICE OF DISMISSAL


Plaintiff Leonardi Manufacturing Co., Inc., by and through its attorneys, Bond,

Schoeneck & King, PLLC, hereby stipulates and agrees to the dismissal of the above-captioned

action with prejudice, in accordance with Fed. R. Civ. P. 41(a)(1)(i).


Dated:  June 4, 2010                    By: s/David L. Nocilly _____

                                            George R. McGuire (Bar Roll No. 509058)
                                            David L. Nocilly (Bar Roll No. 510759)
                                            BOND, SCHOENECK & KING, PLLC
                                            One Lincoln Center
                                            Syracuse, New York 13202-1355
                                            Telephone:  (315) 218-8000
                                            Facsimile: (315) 218-8100


IT IS SO ORDERED:

_____

David E. Peebles
U.S. Magistrate Judge
Dated:  _____June 4, 2010_____

        Syracuse, NY

1706945.1 5/26/2010